1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

6

7

8

9

10

LINDA BATCHELOR,

                    Plaintiff,

        v.

NORTHEAST TRI-COUNTY
HEALTH DISTRICT,

                    Defendant.

NO:  2:15-CV-0100-TOR

ORDER OF DISMISSAL

11        BEFORE THE COURT is the parties' Stipulation for Entry of Order of

12   Dismissal With Prejudice (ECF No. 10).

13        **IT IS ORDERED**: Pursuant to the parties' stipulation, all claims and causes

14   of action are **DISMISSED** with prejudice and each party shall bear their own

15   attorney fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  All pending motions

16   are DENIED as moot.  The District Court Clerk shall enter this order, furnish

17   copies to counsel, and **CLOSE** the file.

18        Dated January 21, 2016.

19

20



                    THOMAS O. RICE
                 United States District Judge

ORDER OF DISMISSAL ~ 1